**2006–2360. State v. Myers.**
Wayne App. No. 06CA0003, 2006-Ohio-5958. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2006–1245 and 2006–1383, *State v. Payne*, Franklin App. No. 05AP–517, 2006-Ohio-2552; cause consolidated with 2006–2362, *State v. Myers*, Wayne App. No. 06CA0003, 2006-Ohio-5958; and briefing schedule stayed.

**2006–2372. State v. Jones.**
Defiance App. No. 4–05–21, 2006-Ohio-5147. On motion for leave to file delayed appeal. Motion granted.
    O'DONNELL, J., dissents.
    CUPP, J., not participating.

**2006–2393. Advent v. Allstate Ins. Co.**
Franklin App. No. 06AP–103, 2006-Ohio-5522 and 2006-Ohio-6791. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Journal Entry filed December 21, 2006:
    "Can the S.B. No. 97 amendments to R.C. 3937.18 be incorporated into an insurance policy during a two-year guarantee period that commenced subsequent to the S.B. No. 267 amendments to R.C. 3937.18 and R.C. 3937.31, but prior to the S.B. No. 97 amendments?"
    LUNDBERG STRATTON and Cupp, JJ., would also hold the cause for the decision in 2005–2277, *Shay v. Shay*, Fulton App. No. F–05–008, 2005-Ohio-5874.
    O'CONNOR and O'DONNELL, JJ., dissent.
    The conflict case is *Storer v. Sharp*, Cuyahoga App. No. 86525, 2006-Ohio-1577.
    Sua sponte, cause consolidated with 2006–2271, *Advent v. Allstate Ins. Co.*, Franklin App. No. 06AP–103, 2006-Ohio-5522 and 2006-Ohio-6791.

**2006–2398. State v. Buske.**
Stark App. No. 2005CA00240, 2006-Ohio-2054. On motion for leave to file delayed appeal. Motion denied.
    MOYER, C.J., dissents.

**2007–0005. State v. Barger.**
Champaign App. No. 2006–CA–12, 2006-Ohio-5559. On motion for leave to file delayed appeal. Motion granted.

**2007–0010. State v. Collins.**
Summit App. No. 23005, 2006-Ohio-4722. On motion for leave to file delayed appeal. Motion denied.
    PFEIFER, J., dissents.

**2007–0030. State v. Cunningham.**
Franklin App. No. 06AP–145, 2006-Ohio-6373. On amended motion for stay of court of appeals' judgment. Motion denied.

**2007–0041. Todd Dev. Co., Inc. v. Morgan.**
Warren App. No. CA2005–11–124, 2006-Ohio-4825. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 8 of the court of appeals' Decision and Entry filed December 13, 2006:
    "Does a plaintiff or counterclaimant moving for summary judgment granting affirmative relief on its own claims bear the initial burden of addressing the non-moving party's affirmative defenses in its motion?"
    O'DONNELL, J., dissents.
    The conflict case is *Countrymark Cooperative, Inc. v. Smith* (1997), 124 Ohio App.3d 159, 705 N.E.2d 738.